THE MERIDEN BRITANNIA COMPANY, Respondent, *v.* SIMEON LELAND et al., Appellants.

*F. A. Baker* for the respondent.

Judgment affirmed by default.